```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF TEXAS
                    CORPUS CHRISTI DIVISION
```

| | | |
|---|---|---|
| BRENDA A. RICKETTS,       § | | |
|     Plaintiff,         § | | |
|                        § | | |
| VS.                       § | | C.A. NO. C-04-242 |
|                        § | | |
| CHAMPION CHEVROLET        § | | |
|     Defendant.         § | | |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment, the Court enters Final Judgment in favor of Defendant and against Plaintiff.

ORDERED this 11th day of August, 2005.

_____
Janis Graham Jack
United States District Judge